IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Freddie Bradley, | ) | C/A No.: 1:15-4440-RBH-SVH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| Bryan Sterling, SCDC Director; | ) | ORDER |
| Neana W. Staley, Warden at | ) | |
| Manning; Mr. Roberts, A/W at | ) | |
| Manning; Ms. Jeannie McKay, A/W | ) | |
| at Manning; and Dr. Valpey, SCDC | ) | |
| Doctor, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Freddie Bradley ("Plaintiff"), proceeding pro se and in forma pauperis, brought this action pursuant to 42 U.S.C. § 1983, alleging violations of his constitutional rights. All pretrial proceedings in this case were referred to the undersigned pursuant to the provisions of 28 U.S.C. § 636(b) and Local Civ. Rule 73.02(B)(2)(d) (D.S.C.). This matter comes before the court on Plaintiff's motion for subpoenas [ECF No. 51].

In his motion, Plaintiff requests the court subpoena: (1) statements of Officers Raymond and LaBeru on January 4, 2016; (2) a request to Warden Staley on July 31, 2016 and the response; and (3) a request to Warden Staley on July 14, 2015 and its response. [ECF No 51 at 2]. It appears such requests would be properly served on Defendants as requests for production. Regardless of how they are characterized, Plaintiff's motion is untimely. Plaintiff filed his motion for subpoenas on December 15, 2016. The scheduling order in this case states "Discovery shall be completed no later than

April 19, 2016. All discovery requests, including subpoenas *duces tecum*, shall be served in time for the responses thereto to be served by this date." [ECF No. 22] (emphasis in original).

Additionally, on May 5, 2016, the court previously denied Plaintiff's motion for the subpoena of unspecified documents, noting that he had not provided any information about the relevance of such documents or demonstrated that he could pay the costs of serving the subpoenas and making copies of the documents. [ECF No. 31]. Plaintiff also fails to make this showing in the instant motion for subpoenas.

For the foregoing reasons, Plaintiff's motion for subpoenas is denied.

IT IS SO ORDERED.

December 20, 2016                          Shiva V. Hodges
Columbia, South Carolina                  United States Magistrate Judge